FILED'08 NOV 12 11:12USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN DOE 140,                                          CV. 07-1733-PK

                                                       OPINION AND
                                                       ORDER
                 Plaintiff,

v.

THE ARCHDIOCESE OF PORTLAND
IN OREGON, and THE ROMAN
CATHOLIC ARCHBISHOP OF PORTLAND
IN OREGON,

                 Defendants.
_____

PAPAK, Magistrate Judge:

        This action was filed against defendants The Archdiocese of Portland in Oregon (the

"Archdiocese"), and The Roman Catholic Archbishop of Portland in Oregon (the "Archbishop"

and, collectively with the Archdiocese, the "Archdiocesal Defendants") by fictitiously-named

Page 1 - OPINION AND ORDER

plaintiff John Doe 140 ("John") on November 21, 2007. This court has jurisdiction over

plaintiff's action pursuant to 28 U.S.C. § 1334(b), based on the relatedness of these proceedings

to *In re Roman Catholic Archbishop of Portland* ("*RCAP*"), 04-37154, a case arising under Title

11 of the United States Code. Specifically, this action is subject to the future claims trust

provided for in the Third Amended and Restated Joint Plan of Reorganization (the "Plan")

confirmed in *RCAP*, which, in relevant part, sets a $20 million cap on the total funds available to

pay all claims made against the Archdiocese through 2023.

Now before the court is the Archdiocesal Defendants' unopposed motion to approve the

settlement of this case and to approve payment from the future claims trust (#77). For the

reasons set forth below, the motion is granted and the settlement is approved.

The parties underwent mediation of their dispute on September 24, 2008, and

subsequently reported the settlement of this action. Under the terms of the reported settlement,

John will receive $750,000 from the future claims trust. Pursuant to section 6.4.5 of the Plan, the

parties' settlement, and therefore payment to John out of the future claims trust, is subject to this

court's approval.

Section 11.8 of the Plan requires that notice of any motion to approve a settlement subject

to the future claims trust be served on all plaintiffs with pending or otherwise unpaid claims

against any Archdiocesal Defendant, Future Claimants Representative David A. Foraker, and

Known Tort Claims Trustee and Future Claims Trustee Union Bank of California. Section 11.8

further provides that all notified parties must be provided at least 20 days (plus an additional 3

days if notice is served by mail) in which to file objections, if any, to any such motion.

On October 17, 2008, the Archdiocesal Defendants served the requisite notice by mail on

Page 2 - OPINION AND ORDER

all of the necessary parties. The period for filing objections to this court's approval of the parties' settlement lapsed November 10, 2008. No objection to the motion has been filed.

In the absence of objection by any interested party, and in consideration of the size of the payments at issue relative to the amount remaining in the future trust fund, I find no reason exists to refuse approval of the parties' settlement. The Archdiocesal Defendants' motion is therefore granted, and the parties' settlement approved.

## CONCLUSION

For the reasons set forth above, the motion to approve the settlement of this case and to approve payment from the future claims trust (#77) is granted, the settlement agreed to by the parties is approved, and payment of $750,000 to John from the future claims trust is authorized.

Dated this 12th day of November, 2008.

Honorable Paul Papak
United States Magistrate Judge